ROBERT A. BUCCOLA, ESQ. / SBN: 112880
CATIA G. SARAIVA, ESQ. / SBN: 232479
MARSHALL R. WAY, ESQ. / SBN: 305082
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
DBBWC-ESERVICE@dbbwc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T., a minor by and through his Guardian Ad Litem, ADAM TEDDER, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL (Personal Injury)** |

Plaintiff, C.T., a minor, by and through his Guardian ad Litem, ADAM TEDDER, complains against Defendants AMAZON.COM SERVICES, LLC., and DOES 1 through 50, and each of them, and alleges as follows:

**THE PARTIES**

1.    That the true names and capacities, whether individual, corporate, associate or otherwise, of Defendants, DOES 1 through 50, are unknown to Plaintiff, who therefore sues such Defendants by such fictitious names, and Plaintiff will amend this complaint to show their true names and capacities when the same have been ascertained.  Plaintiff is informed and believes and thereon alleges that each of the Defendants, DOES 1 through 50, are responsible under law in some manner negligently, in warranty, strictly, joint venture, alter-ego, or otherwise for the events and happenings herein referred to and proximately thereby caused injuries and damages

-1-
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

to Plaintiff as herein alleged.

2.  Plaintiff is now, and at all times has been a resident within the County of El Dorado, State of California.  Defendant AMAZON.COM SERVICES, LLC (hereinafter "AMAZON") is a limited liability company formed in the State of Delaware, with its principal address in the State of Washington.

## JURISDICTION AND VENUE

3.  As described herein, Plaintiff was and is a resident of El Dorado County, California, and, as described herein, the subject incident wherein Plaintiff suffered injuries occurred in the County of El Dorado, California.  Accordingly, Plaintiff's injuries and subsequent medical treatment occurred in the Eastern District of California.  As Plaintiff and Defendant AMAZON are citizens of different states, and because the amount in controversy exceeds $75,000.00, there is Federal subject matter jurisdiction per 28 U.S. Code § 1332.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

4.  At all relevant times described herein Defendants, AMAZON, and DOES, and each of them, were acting as agents and/or employees each of the other, and in acting, or failing to act, as alleged herein, Defendants, AMAZON, and DOES, and each of them, were acting within the course and scope of said agency and/or employment relationship and derived a benefit from this relationship.  At all relevant times Plaintiff relied on representations made by Defendants, AMAZON, and DOES, and each of them, regarding the agency and employment of each of the Defendants.

5.  Plaintiff, C.T., is a minor child, and was born on [Redacted per FRCP, Rule 5.2], 2021, and will turn 18 years old on [Redacted per FRCP, Rule 5.2], 2039.

6.  On or about July 10, 2022, his grandmother purchased a water bead toy set (hereinafter "WATER BEADS") through the AMAZON website, as a gift for Plaintiff.  The WATER BEADS were delivered to Plaintiff's home on or about July 12, 2022.

7.  The WATER BEADS were specifically advertised and marketed on the AMAZON

-2-
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

website as a "sensory" toy for children to develop fine motor skills, promote sensory learning and color recognition.  Additionally, the WATER BEADS were advertised and marketed on the AMAZON website as "non-toxic" and described as appropriate toys for "toddlers", such as Plaintiff.  The WATER BEADS were purchased for Plaintiff specifically because of these advertised affirmations of fact regarding safety and appropriateness for children, such as Plaintiff.  The AMAZON website did not include sufficient admonishments, age restrictions, warnings, or safety information regarding the WATER BEADS, and did not include sufficient admonishments, age restrictions, warnings, or safety information regarding use of the WATER BEADS by toddlers, such as Plaintiff.  The packaging and instructions of the WATER BEADS did not include sufficient admonishments, age restrictions, warnings, or safety information regarding use of the WATER BEADS by toddlers, such as Plaintiff.

8.      On or about October 10, 2022, while Plaintiff was playing with the WATER BEADS in a usual and customary fashion, Plaintiff swallowed a water bead.  As a result of swallowing the water bead, Plaintiff suffered serious injury and was required to seek extensive medical treatment including but not limited to a segmental bowel resection surgery to remove the water bead from his body.

9.      At all relevant times, Defendants, AMAZON, and DOES, and each of them, designed, built, manufactured, tested, inspected, sold, advertised, distributed, and/or otherwise introduced into the stream of commerce the WATER BEADS.

## FIRST CLAIM FOR RELIEF

### (Negligence)

10.      Plaintiff incorporates each and every each and every paragraph above as though fully set forth herein.

11.      At all relevant times, Defendants, AMAZON, and DOES, and each of them, designed, supplied, built, manufactured, tested, inspected, sold, advertised, distributed, and/or otherwise introduced into the stream of commerce the WATER BEADS.

12.      At all relevant times, Defendants, AMAZON, and DOES, and each of them, owed

-3-
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

duties of care to actual and potential customers, consumers, and users of the WATER BEADS, including but not limited to:  designing, formulating, manufacturing, inspecting, distributing, selling, and providing the WATER BEADS in a manner and fashion that was safe to customers, consumers, and users, such as Plaintiff; packing and labeling the WATER BEADS so as to reasonably minimize the risk of injury and reasonably warn customers, consumers, and users, such as Plaintiff, of the potential for danger; and reasonable apply knowledge and past information from research, studies, observations, reports, experience, investigation, complaints, and/or past incidents to provide for the safety of customers, consumers, and users of the WATER BEADS, such as Plaintiff.

13.    At all relevant times, Defendants, AMAZON, and DOES, and each of them, knew or should have known that the WATER BEADS would pose a substantial risk of harm to customers, consumers, and users, such as Plaintiff, of the WATER BEADS, if the WATER BEADS were not carefully and properly designed, supplied, built, manufactured, tested, inspected, sold, advertised, distributed, and/or otherwise introduced into the stream of commerce.

14.    At all relevant times, Defendants, AMAZON, and DOES, and each of them, negligently and carelessly designed, supplied, built, manufactured, tested, inspected, sold, advertised, distributed, and/or otherwise introduced into the stream of commerce, the WATER BEADS.

15.    By negligently and carelessly designing, supplying, building, manufacturing, testing, inspecting, selling, advertising, distributing, and/or otherwise introducing into the stream of commerce, the WATER BEADS, Defendants, AMAZON, and DOES, and each of them, violated statues, rules, standards, and regulations relating to the manufacture, distribution, sale, and/or advertisement of the WATER BEADS and similar items.

16.    At all relevant times, Defendants, AMAZON, and DOES, and each of them, knew or should have known: that the WATER BEADS were in a dangerous and defective condition; that WATER BEADS were likely to be dangerous when used or misused in a reasonably foreseeable manner; and that ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, would not realize that the WATER BEADS were in a dangerous and

-4-
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

defective condition, and that serious injury could occur if young children, such as Plaintiff, were to swallow water beads.

17.     At all relevant times Defendants, AMAZON, and DOES, and each of them, failed to warn customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, of the dangerous and defective condition of the WATER BEADS; however, a reasonable supplier, builder, manufacturer, tester, inspector, seller, advertiser, and/or distributor would have warned of this danger and/or instructed on the safe use of the WATER BEADS.

18.     At all relevant times Defendants, AMAZON, and DOES, and each of them, failed to warn customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, of the serious risk of injury that can occur if young children, such as Plaintiff, were to swallow water beads; however, a reasonable supplier, builder, manufacturer, tester, inspector, seller, advertiser, and/or distributor would have warned of this danger and/or instructed on the safe use of the WATER BEADS.

19.     At all relevant times, Defendants, AMAZON, and DOES, and each of them, knew or should have known that it was not apparent to ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, that serious injury can occur if young children, such as Plaintiff, swallow water beads, and that the WATER BEADS were in a dangerous and defective condition.

20.     At all relevant times Plaintiff and Plaintiff's family, had no knowledge of the dangerous and defective condition of the WATER BEADS, and had no knowledge of the serious risk of injury that can occur if young children, such as Plaintiff, swallow water beads.

21.     As a direct and legal result of the above negligence of Defendants, AMAZON, and DOES, and each of them, Plaintiff was hurt and injured in his health, strength and activity, sustaining injury to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause Plaintiff mental, physical, and nervous pain and suffering.  Plaintiff is informed and believes and thereon alleges that said injuries will result in some permanent disability to Plaintiff.

22.     As a direct and legal result of the above negligence of Defendants, AMAZON, and

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

DOES, and each of them, Plaintiff was required to obtain and will in the future be required to obtain medical and hospital care and treatment and has incurred and will in the future incur, economic damages, and will in the future incur, medical and incidental expenses.  The exact amount of such expenses is unknown to Plaintiff at this time.  Plaintiff seeks recovery of said expenses in an amount according to proof.

## PRAYER

**WHEREFORE**, Plaintiff, C.T., prays for judgment against Defendants, Defendants, AMAZON, and DOES 1 through 50 and each of them, for:

1. General damages the exact amount according to proof;

2. All medical and incidental expenses according to proof;

3. Lost earning capacity according to proof;

4. Prejudgment interest according to proof;

5. All costs of suit;

6. All special damages, the exact amount according to proof;

7. Such other and further relief as this court may deem just and proper.

## SECOND CLAIM FOR RELIEF

### (Strict Products Liability – Design and Manufacturing Defect)

23. Plaintiff incorporates each and every each and every paragraph above as though fully set forth herein.

24. At all relevant times, the WATER BEADS did not perform as safely as an ordinary consumer would have expected them to perform when used (or misused) in an intended or reasonably foreseeable way.

25. At the time that the WATER BEADS left the control of Defendants, AMAZON, and DOES, and each of them, the WATER BEADS were dangerous and defective due to their design. These defects include, but are not limited to: the WATER BEADS were brightly colored and look like candy to young children, such as Plaintiff; the WATER BEADS can potentially grow up to 1,500 times their original size when placed in water, and if swallowed by young children can cause life

-6-
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

threatening illnesses and physical damage, including but not limited to intestinal and bowel blockages; the WATER BEADS are extremely difficult to detect using X-rays and other means of diagnostic imaging, making it extremely difficult to accurately detect and diagnose a potentially fatal illness resulting from a child, such as Plaintiff, swallowing a water bead.

26.     Plaintiff is informed and believes, and thereon alleges that, at the time the WATER BEADS left the control of Defendants, AMAZON, and DOES, and each of them, the WATER BEADS were also dangerous and defective due to manufacturing defects.  These manufacturing defects include, but are not limited to, the fact that the WATER BEADS contained toxic amounts of acrylamide in violation of the Federal Hazardous Substances Act.

27.     As a direct and proximate result of the dangerous defects of the WATER BEADS, described in this complaint, Plaintiff was hurt and injured in his health, strength and activity, sustaining injury to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause Plaintiff mental, physical, and nervous pain and suffering, Plaintiff is informed and believes and thereon alleges that said injuries will result in some permanent disability to Plaintiff.

28.     As a direct and proximate result of the dangerous defects of the WATER BEADS, described in this complaint, Plaintiff was required to obtain and will in the future be required to obtain medical and hospital care and treatment and has incurred and will in the future incur, economic damages, and will in the future incur, medical and incidental expenses.  The exact amount of such expenses is unknown to Plaintiff at this time.  Plaintiff seeks recovery of said expenses in an amount according to proof.

29.     The dangerous defects of the WATER BEADS, as described in this complaint, were a substantial factor in causing the harm to Plaintiff.

30.     The failure of the WATER BEADS to perform safely, as described in this complaint, was a substantial factor in causing the harm to Plaintiff.

31.     The extreme risk of harm and danger posed by the design of the WATER BEADS greatly outweighed any actual or potential benefit of the design.

/ / /

-7-

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**PRAYER**

**WHEREFORE**, Plaintiff, C.T., prays for judgment against Defendants, Defendants, AMAZON, and DOES 1 through 50 and each of them, for:

1.  General damages the exact amount according to proof;

2.  All medical and incidental expenses according to proof;

3.  Lost earning capacity according to proof;

4.  Prejudgment interest according to proof;

5.  All costs of suit;

6.  All special damages, the exact amount according to proof;

7.  Such other and further relief as this court may deem just and proper.

**THIRD CLAIM FOR RELIEF**

**(Strict Products Liability – Failure to Warn)**

32.  Plaintiff incorporates each and every each and every paragraph above as though fully set forth herein.

33.  At the time of the design, formulation, manufacture, inspection, distribution, and/or sale of the WATER BEADS, they had serious potential risks that were known and/or knowable in light of the general scientific and/or medical knowledge that was generally accepted by the scientific community.  These risks included but are not limited to the fact that the WATER BEADS posed a serious risk of life threatening to injury to young children, such as Plaintiff, due to choking, intestinal and/or bowel blockages, and/or acute toxicity and poisoning if young children, such as Plaintiff, were to ingest the WATER BEADS.

34.  At all relevant times, the WATER BEADS' serious potential risks presented a substantial danger when the WATER BEADS were used or misused in an intended or reasonably foreseeable way by ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff.

35.  At all relevant times, ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, would not have recognized the serious potential risk

-8-
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

posed by use of the WATER BEADS.

36. At all relevant times, Defendants, AMAZON, and DOES, and each of them, failed to adequately and/or sufficiently warn, instruct, and/or advise ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, of the serious potential risk posed by use the WATER BEADS.

37. Failure of Defendants, AMAZON, and DOES, and each of them, to provide sufficient warnings, instructions, and/or advisements to ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, was a substantial factor is causing the harm to Plaintiff.

38. As a direct and proximate result of the failure of Defendants, AMAZON, and DOES, and each of them, to provide sufficient warnings, instructions, and/or advisements to ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, Plaintiff was hurt and injured in his health, strength and activity, sustaining injury to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause Plaintiff mental, physical, and nervous pain and suffering, Plaintiff is informed and believes and thereon alleges that said injuries will result in some permanent disability to Plaintiff.

39. As a direct and proximate result of the failure of Defendants, AMAZON, and DOES, and each of them, to provide sufficient warnings, instructions, and/or advisements to ordinary customers, consumers, and users of the WATER BEADS, such as Plaintiff and Plaintiff's family, Plaintiff was required to obtain and will in the future be required to obtain medical and hospital care and treatment and has incurred and will in the future incur, economic damages, and will in the future incur, medical and incidental expenses. The exact amount of such expenses is unknown to Plaintiff at this time. Plaintiff seeks recovery of said expenses in an amount according to proof.

**PRAYER**

**WHEREFORE**, Plaintiff, C.T., prays for judgment against Defendants, Defendants, AMAZON, and DOES 1 through 50 and each of them, for:

-9-
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1. General damages in excess of the minimum jurisdiction for an unlimited civil case, the exact amount according to proof;

2. All medical and incidental expenses according to proof;

3. All lost future earnings according to proof;

4. Lost earning capacity according to proof;

5. Prejudgment interest according to proof;

6. All costs of suit;

7. All special damages, the exact amount according to proof;

8. Such other and further relief as this court may deem just and proper.

DATED: December 20, 2024                **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


By: */s/ Catia G. Saraiva*
        CATIA G. SARAIVA

-10-

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

Plaintiff, C.T., a minor by and through his Guardian Ad Litem, ADAM TEDDER hereby demands trial by jury of each Claim for Relief set forth in this Complaint and in this matter.

DATED: December 20, 2024                    **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


By: _/s/ Catia G. Saraiva_
        CATIA G. SARAIVA

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL