ROBERT A. BUCCOLA, ESQ. / SBN: 112880
CATIA G. SARAIVA, ESQ. / SBN: 232479
MARSHALL R. WAY, ESQ. / SBN: 305082
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599
DBBWC-ESERVICE@dbbwc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T., a minor by and through his Guardian Ad Litem, ADAM TEDDER,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-3667 WBS CSK<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

ADAM TEDDER is hereby appointed Guardian Ad Litem for the minor C.T., for the purpose of bringing a civil action in this Court against the Defendant named herein for damages arising from personal injuries caused by the minor ingesting a water bead.

IT IS SO ORDERED.

Dated:  January 2, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE