UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T., a minor by and through his Guardian Ad Litem, ADAM TEDDER,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-CV-03667 WBS CSK<br><br>**ORDER** |

### ORDER

Having considered Plaintiff's and Defendant's stipulation requesting a modification of the Status (Pretrial Scheduling) Order and continuance of Final Pretrial Conference and Trial dates it is hereby **ORDERED** that the motion is **GRANTED**.

| **Event** | **Original Date** | **Stipulated Date** |
|---|---|---|
| Expert disclosures and reports (Rule 26(a)(2)) | December 5, 2025 | March 6, 2026 |
| Rebuttal expert disclosures and reports | January 6, 2026 | April 6, 2026 |
| Completion of all discovery | February 6, 2026 | May 8, 2026 |
| Last day to notice/hear motions to compel | February 6, 2026 | May 8, 2026 |
| Deadline to file all motions | April 6, 2026 | July 6, 2026 |

-2-

| Final Pretrial Conference | June 15, 2026 at 1:30 p.m. | October 5, 2026 at 1:30 p.m. |
| --- | --- | --- |
| Jury trial (9:00 a.m.) | August 25, 2026 | December 8, 2026 at 9:00 a.m. |

Dated: October 20, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE