UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

C.T., a minor by and through his Guardian Ad Litem, ADAM TEDDER,

Plaintiff,

v.

AMAZON.COM SERVICES, LLC and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:24-cv-03667-WBS-CSK

**ORDER**

Having considered the parties' Joint Request for Extension of Time to File Minor's Compromise Petition, it is hereby **ORDERED** that the request is granted and Plaintiff shall have up to and including **June 30, 2026**, to file the minor's compromise petition.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

**ORDER**