UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

C.T., a minor by and through his Guardian Ad Litem, ADAM TEDDER,

Plaintiff,

v.

AMAZON.COM SERVICES, LLC and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:24-CV-03667-WBS-CSK

**ORDER APPROVING REQUEST TO FILE UNDER SEAL**

The Court having received and reviewed Plaintiff's Request to File Under Seal pertaining to Plaintiff's Notice of Application and Application for Approval of Minor's Compromise and Proposed Order Approving Application to Approve Minor's Compromise, pursuant to Federal Rules of Civil Procedure 5.2 and Eastern District Local Rules 140 and 141, hereby orders as follows:

Good cause appearing, the following documents shall be filed under seal, and shall be maintained under seal indefinitely, accessible only to the Court and the parties, unless otherwise ordered by this Court:

1. Plaintiff's Notice of Application and Application for Approval of Minor's Compromise.
   a. Page 2, section 2 – Plaintiff's age and date of birth.
   b. Pages 3-5, section 8 – The amount and terms of settlement.
   c. Page 5, section 9 – Plaintiff's medical expenses to be reimbursed from the proceeds of

the settlement.

d. Page 5, section 10 – Disclosure of attorney's interest.

e. Pages 5-6, section 11 – Costs to be reimbursed from proceeds of the settlement.

f. Page 6, section 12 – Attorney's fees to be reimbursed from proceeds of the settlement.

g. Page 6, section 13 – Net balance of Plaintiff's settlement proceeds after liens, fees, and costs.

h. Page 7, section 14 – Summary.

i. Pages 9-76, Exhibit 1 – Plaintiff's confidential medical records.

j. Pages 77-86, Exhibit 2 – Correspondence describing Plaintiff's medical bills, liens, and settlement amount.

k. Pages 87-88, Addendum 1 – Description of the terms of Plaintiff's settlement.

2. Proposed Order Approving Application for Approval of Minor's Compromise

a. Page 1, lines 21-23 – Order describing the terms of Plaintiff's settlement.

b. Pages 3-5, Addendum No. 1 – all descriptions of the terms of Plaintiff's settlement and annuity structure.

IT IS SO ORDERED.

Dated: August 10, 2026

William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE – FRCP, Rule 5(b)

*C.T. v. Amazon.com Services, LLC*
*USDC, EDCA Case No.: 2:24-CV-03667-WBS-CSK*

I, Marshall R. Way, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Dreyer Babich Buccola Wood Campora, LLP and my business address is 20 Bicentennial Circle, Sacramento, CA 95826.

On July 2, 2026, I served the within document:

**ORDER APPROVING REQUEST TO FILE UNDER SEAL**

On the parties in said action addressed as follows:

| | |
|---|---|
| M RAY HARTMAN III, ESQ SBN 211205<br>RHartman@mofo.com<br>WANQIAN ZHANG, ESQ SBN 360025<br>WZhang@mofo.com<br>Morrison Foerster<br>12531 High Bluff Drive<br>San Diego, CA 92130-2040<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125 | Attorneys for Defendant AMAZON.COM SERVICES, LLC |

☒ **BY ELECTRONIC TRANSMISSION**: Based on a Court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be electronically sent to the persons on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 2, 2026, at Sacramento, CA.

*/s/ Marshall R. Way*
Marshall R. Way